Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

~~Southern~~ *middle* District of *Florida*

*Miami* ~~Orlando~~ Division

*Gordon Charles* )
_____ )
        *Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
        -v- )
*Orlando Police Department, ofc. Richards,* )
*City of Orlando* )
_____ )
        *Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

Case No. _____
        *(to be filled in by the Clerk's Office)*

FILED BY _MC_ D.C.

JUL 0 6 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                              *Gordon Charles*

All other names by which          *Gordon Charles*
you have been known:

ID Number                         *230(5332*

Current Institution               *Orange County Corrections Dept*

Address                           *3723 Vision Blvd P.o Box*

*Orlando*            *FL*            *32802*
City                 State          Zip Code

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                              *Orlando Police Department*

Job or Title *(if known)*         *Government Agency /Government Entity*

Shield Number

Employer                          *City of Orlando*

Address

*Orlando*            *FL*            *32808*
City                 State          Zip Code

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name                              *The City of Orlando*

Job or Title *(if known)*         *Government Agency /Government Entity*

Shield Number

Employer

Address

*Orlando*            *FL*            *32808*
City                 State          Zip Code

[✓] Individual capacity    [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name                             *Officer Richards of O.P.D*
  Job or Title *(if known)*
  Shield Number
  Employer                         *O.P.D Fugitive Unit*
  Address

  | Orlando | FL | 32808 |
  | --- | --- | --- |
  | *City* | *State* | *Zip Code* |

  ☑ Individual capacity    ☑ Official capacity

Defendant No. 4
  Name                             _____
  Job or Title *(if known)*        _____
  Shield Number                    _____
  Employer                         _____
  Address                          _____

  | | | |
  | --- | --- | --- |
  | *City* | *State* | *Zip Code* |

  ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  *Right to be treated equal — violated*
  *Right not to be discrimination — violated*
  *Right to legal representitive before being interrogated — violated*
  _____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Monell V. Dept of Soc. Serv., 436 u. S 658 that local governments may be sued under section 1983 pursuant to practices that are "so permanent & well settled as to constitute a custom or usage with the force of Law. Fourth Amendment Violation

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[✓]   Pretrial detainee

[ ]   Civilly committed detainee

[ ]   Immigration detainee

[ ]   Convicted and sentenced state prisoner

[ ]   Convicted and sentenced federal prisoner

[ ]   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

714 Jernigan Ave, Orlando FL. City of Orlando 2021 CF 003165 AO In the circuit court of the ninth Judicial circuit in and For orange county, Florida

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

City of Orlando allows Government entities like the Orlando Police Dept. to use bias tactics and illegal procedures on a regular basis. It has became the norm.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

See attached case # 2021CF003165AO  Affidavit will show time, date, and place of incedent

D.    What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)* Exibit A · see attachment

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Depression, Anxiety, cronic head ach, sleepless nights. Homeless, Hunger, suicidal, can't get a job. Zoloft, Abilify, Prozac, Ibuprophen, therapy Still broke and homeless because of mental injuries.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Lost wages — $500,000.00
Mental Anguish — $500,000.00
Defamation Character $100,000.00
Mental Disorder psycological unbalanced — $100,000.00
Violation of Constitutional Rights Fourth Amendment $500,000.00
Violation of civil Rights with Bias practices — $500,000.00
Lost Home — $120,000.00

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

The Orlando Police Dept 2021

2.   What did you claim in your grievance?

Negligence

3.   What was the result, if any?

No Answer

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I did not know what to do

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

        2021 – I did, I wrote a hand written letter to O.P.D & Southern District Court

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I wrote complaint to several courts in 2021 and I wrote the newspaper. I did no recieve an answer

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I told my conselor

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?



☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.  Docket or index number

_____ N/A _____

4.  Name of Judge assigned to your case

_____ N/A _____

5.  Approximate date of filing lawsuit

_____ N/A _____

6.  Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____ N/A _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)          _____ N/A _____

Defendant(s)        _____ N/A _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

_____

3.   Docket or index number

N/A

_____

4.   Name of Judge assigned to your case

N/A

_____

5.   Approximate date of filing lawsuit

N/A

_____

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition    _____

7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

N/A

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _06 - 28 - 23_

Signature of Plaintiff

Printed Name of Plaintiff    _Gordon Charles_

Prison Identification #    _23015332_

Prison Address    _3723 Vision Blvd, P.O. Box 4970_

_Orlando_                    _FL_        _32802_
City                                State        Zip Code

### B.     For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City                                State        Zip Code

Telephone Number    _____

E-mail Address    _____

①

## Exhibit A

On the morning of my arrest I was inside 714
Jernigan Ave. I was sleeping when I heard
Someone at the door. Michelle Morancy who
had told everone her name was Ashly woke
me up. Michelle was a friend of my daughters'
Mother Brittany Rainey. These women had
become habitual squatters at the property on
714 Jernigan Ave which is owned by Alpha Realty.
I suffer from back pain from a car accident
recent to incredent and rolled over to go back
to sleep because it is very hard to move in
the morning after laying stiff for a couple of
hours. Michelle returned to wake me up but
this time panicking "Its my probation" I
had no ideal Michelle was on Probation or
what was going on. I have lower lumbar
damage to my back so its hard to move.
I usually have to take a percocet and
give it at least 20 minutes. My Doctor
name is Owen Fraiser on Colonial Dr. I
went to the Door which took me a while
& I was talking through door "who is
it?" It was a officer name Richards.
He immediately told Me "He does'nt care
about the weed" obviously inferring that
Some one in the home was smoking weed
in a heavily African American neighborhood
and drug area. I don't smoke weed so

②

I asked Officer, "What do you want."
He advised me that He was Looking
to identify Some one. & that he seen
Some moving around inside. Officer
Richards advised that he had seen
someone moving around on the
other side of the blinds. Not sure
what was going on I went for my
glasses and pill bottle, when I returned
to the door Officer Richards advised
that he was looking for Gordon Charles,
I identified myself As Gordon Charles.
He did explained he had a warrant
to identify. Not seeing any papers in
his hand I (Gordon) decide to go in
my briefcase and grab my cell phone.
While retrieving my phone, I seen
Michelle headed into bathroom, I told
Michelle Morancy that it wasn't her
probation but it was a police looking
for me, She told me she was on
the phone with her sister. But as Michelle
exited the bathroom, I heard her say to
some one "He letting me go now" What happens
after this is a criminal case but in this exibit
I will try my best to foebs on the violations
like racial profiling "I don't smoke weed" & "can I
Speak to my lawyer" B what I told cops...

③

The evidence taken from 714 Jernigan after police illegally entered home was not admissible, even though the evidence itself was not removed until officers showed up later with search warrant. Officer used digital portal on laptop to request warrant. No preinvestigation or good old fashion police work is did to determine reliability. Warrantless entry immediately after Gordon was transported was not justified by exigent circumstances so this manner of investigation is per se illegal under 4th Amend. Officers are heard clearly saying they are going to seize the house because of anger. The conceded illegality of entry taints evidence actually found by Orlando Fugitive Unit, not during the illegal search & seizure, but under a subsequently acquired warrant. Police told the informant to stay outside then opened the door to immediately remove Survielence DVR. Exigent circumstances exception did not apply to warrantless entry to 714 Jernigan Ave. Landlord & Owner Barbara (Alpha Realty) is on video talking to Officers, Barbara Advised police that she is the owner & if officers need anything they should ask her. They never ask Barbara for key, They never explain to Owner obviously on the scene and concerned, what is going on. Instead the focus is on Michelle who is telling police that she doesn't want to make a statement. In failing to conduct legal interrogation consent to warrantless search by non-resident was involuntary. On the



Face of the warrant the information is manipulated by Officer Richards. While in custody for civil traffic infraction Gordon is approached by two Detectives. Gordon explain to Detectives that there are no material disputed FACTS & the undisputed Facts do not establish a prima facie case of guilt against Gordon. the detectives take Gordon in a room and ask him to give a DNA. Gordon tells Detectives that he want to speak to a Lawyer because he does no know the legality of a DNA test while on booking floor of the County jail. The Detectives tell Gordon that he can not talk to a lawyer & he can't leave the room or refuse test. When Gordon ask why, he is told its a court order by Officer Richards & Judge Diana. So there is no independent capacity to prosecute suspect. You mean to tell me the arresting officer is the SAME Person who handles the evidence thats placed in prosecution chain of custody. So basically before gordon Charles even seen, heard, talk, text, Video chat, phone call, visit with an attorney he is Subjected to mouth swob, urine sample, interrogation, and confinement This totally violates the Fourth Amend. It would be months till Gordon actually sees a Public Defender after writing a letter to Judge wooten. Gordon would



then go to court and explain to judge wooten
that he is very poor. Due to his arrest not
only is he poor but homeless and with out a
Job. Gordon explains to newly introduced
attorney that the only thing he has left is
a couple of Miami heat T-shirts that he
is selling out the back of his trunk. The
Judge who Gordon believe is a very cool guy
ask Gordon does he want a Nelson hearing.
After being explained to what a nelson hearing
is Gordon determines that a Nelson hearing
will only waste more time. The Attorney
Promises Gordon the he will contact a court
investigator and take pictures of the crime
scene, plus interview a 8 person witness
list for depositions. Fast forward 2 years
later and Public Defender office can't even
find witness list and pictures or inter
views were never taken. Several request
for key pieces of evidence have been ignored.
like a backround Disciplinary Report on officer
Richards. A request to participate in discovery
(ignored). Several request for Motion to
Suppress (ignored) Request Motion to Suppress
Statements made by Michelle Morancy (ignored)
Motion to Take Deposition to Perpetuate Testimony
of key witnesses like Roger (Alpha Realty) my
neighbor who told Gordon he physically seen the



Police turn off body cam and tell Michelle
"If you don't help with this Investigation, you
are going to jail" Then turns body cam back
on. But what police don't know is that Michelle
never had a key. She would break through the
walls or break a window to get in the
house. Gordon had to nail the windows shut
and put up surveilence cameras. Also
Barbara (Alpha Realty) is a key witness
that According to her was never contacted.
She told Gordon "The cops called me & said
they wanted to go in but showed me NO
warrant, I told them NO." None of the
witnesses where contacted. Barbara Jacques
(Nope) James August (Nope). This is a due
process violation. I (Gordon Charles) have
left so many messages, and written so
many letters that everyone at Public
Defender office thinks I'm mental health.
Particularly the Public Defender. My first
Time talking to her in two years and
She only wants to talk about my
mental health. I know I suffer from
Extreme Paranoia and Depression. I
Strongly believe is hieghten by this case
but wanting to be free to raise your
3 year old daughter has nothing to do
with mental health. The truth is that



There was no transient hazard that required immediate attention. The involuntary seizure of Gordon Charles, who officers promised would only be arrested for civil traffic infraction. Officer had No objectively reasonable basis to believe Gordon Charles had or was going to commit a crime. There was no imminent risk that Gordon would harm himself or others. Gordon was in custody and there was no emergency. The warrantless entry of the home was fueled not by evidence but by anger displayed by Ofc. Richards. There is no indication that a crime would be commited in the immediate future. The intrusion is clearly documented on bodycam as one officer states, "do we have a warrant" the other office replies with a joke statement "We will just say we were looking for a Body" There is No evidence to lead to a presumption of a dead body. The facts are clear that Gordon contacted attorney (Barbara) who advised him to remain in the sanctity of his home. The ranking officer is heard clearly talking to dispatch saying "He is on the phone with his lawyer. There was not a delayed response to exit home, Gordon calmy and clearly told officer that he had to find someone to pick up his one year old daughter from Day care because he had sole custody. It would actually be neglect to go to jail and leave his one year old at day care without notifying DCF. While Gordon made arrangments, officer Richards became extremely mad.

(8)

Gordon was not aware police would come to
714 Jernigan to arrest him that day. Gordon is
not a Orlando resident so he had to contact his
sister (Barbara Jacques) who was in Miami
(a 3 hour drive) to pick up Nirvana Charles (1). If
Gordon did not take the time to be responsible
parent, there would have been dreadful conseque
nces. Ranking officer & officer Richards remained
on the phone with Barbara Jacques who was
on her way to Orlando from Miami to pick up
Nirvana Charles (1). Police should not be allowed to
do what they want, when they want. Nor does
it give police carte blanche to undertake any
action bearing some relation, no matter how
tenuous. Gordon being a Parent was not a clear
boundary to O.P.D, or Officer Richards. Police
must have "solid, noninvestigatory reason" for
justifying what happen to Gordon. They have
a chain of illegality that started with a direct
order that was given by officer Richards. Cops
can not use there authority as a "mere subterfuge
for investigation". These erroneous procedures are
documented on body cam. There are no "specific
articulable facts", to constitute a warrantless entry.
Contrary to Ranking officer order to stand down,
Officer Richards fueled by anger continues
the chain of illegality. Superior Officer was ignored.
A seasoned officer should not ignore standard



procedures. Also superior officer has still the power to stop the chain of illegal activity by police department. Superior officers' body cam have vanised from evidence. But you can hear him on other Officers Body cam. It was clear that Michelle Morancy had lied to evade being arrested for probation violation. During her interrogation and before she exited 714 Jernigan it was clear Michelle Morancy was not held hostage at no point. During her interrogation she ask to not give a statement, During this same interrogation Michelle Morancy is not read her Miranda rights but is promised not to be in "trouble" if she makes statements on camera. Richards continues to coerce Michelle even doing as much as to continuing the interrogation until Michelle gives a statement that could be used against Gordon. Officer Richards writes in his report that Michelle & Mya (8) both tell him that they are in fear for retaliation and Gordon ~~held~~ held her at Gun point. If you examine evidence "This Never Happened" What Richards did was refuse to let her leave while asking her a series of questions while under extreme duress. At the end of this interrogation Michelle still, along with her daughter Mya refuse to prosecute or write a statement. These tactics are not in the "realm of reason". Michelle clearly states in her interrogation "I'm on probation, I don't want to go to jail". Michelles' interrogation is a fishing expidition

(10)

police conduct was in all actuality illegal. In a situation like this a standard has to be more than reasonable. because Gordon had made it clear that if he went to jail, NO one would be able to pick up Nirvana from daycare. A civil traffic infraction turned into a violation of the constitution of the United States of America. Officer Richards violated the Fourth Amendment. both by seizing Gordon and entering home without warrant to seize firearms. Michelle Morancy and Brittany Rainey were at 714 Jernigan. Even though Gordon was transported to county jail, was the only person charged with firearms. A DNA report reviels that female DNA was also found on both weapons. A records search reveals both weapons also belong to females. Both females where interrogated without Miranda Rights. Both females were not charged with any crime. Record Review will also show one of the weapons (9mm) was registered to Ms. Rainey who had a active "NO Hostile" order against Gordon Charles For previous lies & domestic battery charges she had against Gordon. After Gordons' release Brittany Rainey would Beat the crap out of Gordon Charles once again, causing court to issue "NO CONTACT ORDer" Record Review will also show at time of incedent



Brittany Rainey had "NO CONTACT ORER" against Nirvana Charles (1) who resides with her father Gordon Charles. Brittany was not there when Gordon was taken away to county jail for civil traffic infraction but was called by Michelle to give police access to 714 Jernigan. Records Review will show that Michelle Morancy had open Warrant for aggrevated battery from Palm Beach, and was in violation by probation for not letting her Probation Officer a address of residence. Failure to provide address is a direct violation. Record Search also reveals Michelle Morancy went to Orlando Court and provided another address to Court & signed that other address on a ticket as her residence. Viewed objectively, officer were bias and wanted to stack charges against Gordon in a milicious way. Officers knew Michelle lied before Gordon exited 714 Jernigan. By her refusal to cooperate immediately after telling police she was a hostage was obvious that Michelle lied, but if you review video, Ranking officers knew before she exited 714 Jernigan. Michelle was loud, nervous, and very inconsistant with what she was saying to officers when she exited home. Gordon on the other hand was humble, calm, & had a professional manner as he was detained. The coercion of Michelle is very important in this case, Because 24 hours before this incedent Michelle told her

(12)

probation officer that "She would rather die, before she told them where she was". Referring to her probation officer asking Michelle for a current address. It does not take an expert to see during the interrogation held that Michelle was just trying to evade capture. The coercion of Gordon is direct, even after Gordon explains to officers that he can not go to jail without making sure someone is the to pick up his (1) year old daughter due to the fact he has sole custody. The Daycare has a pick up policy that only allows them to give child to parent. Officer Richards "promises" Gordon that he will get out of jail in a couple of hours. He explains to Gordon that "Its only a mistermenor", "You will be out in a couple hours", contrary to the facts. Truthfully Officer had already continued to request a warrant under false pretense even while being told to stand down by Superior Officer. The milicous intent to stack charges continues. Officer Richards tells other officers with Body cam to step away as he yells into phone. "If he does'nt come out right now, I'm going to stack charges on him" All Officers are in full agreement that Michelles' state ments are dramatic gestures to get the attention off the fact that she is actually in violation for her probation. Michelles' conduct is reported by officer as being non cooprative but Gordon maintained a calm demeanor the whole time. Facts will show

(13)

that even when handcuffed police officers tried there best to provoke Gordon to arguably contest his arrest or resist. Making statements like "What are we baby sitters", "You pissed us off," & "We going the tare that house apart" but Gordon remained calm & just ask to call his lawyer & Bondsman, Gordon has no impulse to be aggresive. The warrantless entry only proves a gun hoe mentality that is used in a corrupted chain of illegality, the seizure was illegal in many ways. The probable cause can not be based on the conclusions that drew from what was later found. Officers literally enter home, find guns, then get a search warrant. Now one might argue that the search warrant was on its way, was not signed yet, or Inevitable but video and time stamp will show that there is no way of knowing warrant would had even been approved. Officer Richards cleverly request the warrant under false pretense by stating in report that Michelle Morancy and Mya Morancy told him that Gordon held them at Gun point and that they were in fear for retaleation. Falsifying a police report to retaliate against someone for not following a direct order is against the law. If we allow police to break the law everytime they get mad that means America, the land of the free is training terrorist. I have request a backround check on Richards that has never been returned. I have requested Ranking Officer Full Body cam footage to no avail. When officers entered the home the first thing they did was



physically remove surveilence DVR that could
Be used as evidence against them. Then moments
after that they find police issue 40 cal weapon,
Keep in mind Gordon is in custody at the Orlando
county jail while this is happening and Police have
"NO" warrant. Plainly scenarios like this sound
like a hollywood movie but this is Gordon Charles
real life. Reports and charging documents where
then generated by Orlando police Dept for Pos.
of ammunition, Kidnapping, False Imprisonment, &
pos. of fire arm with goal to miliously stack
charges so bordon Charles could have excessive bond
and No way out of jail. I believe this is what you
call retaliation. The methods used by these cops
were not in the realm of reason. Officers seek to cloak
their conduct in the raiment of the probable cause
doctrine. After Gordon Charles departure the objective
now was to stack charges in retaliation for not wanting
to talk without a lawyer and refusing a direct order
to come out the home on command. By stacking the
charges and causing an outrageous bond officers
knew that Gordon would not be getting out of jail no
time soon and knew precisely what information to
Fabricate to ensure Gordon Charles would not be
release from pre-trial detention. What Officer didn't
plan was that the Judge would not find probable
cause on other counts and only charge Gordon
Charles with Pos. of firearm which is cheaper



(15)

Then the $90,000 Bond which would have left Gordon in jail for life. To cap the matter, officer Richards never entered DVR into evidence. Truth is Gordon had no knowledge of firearms. Gordon answered every single question. Gordon did not resist and he was very respectful. But Gordon is a Parent of a 3 year that was (1) one years old when officers knocked On 714 Jernigan. That (1) year old was just given to him by the State of Florida and Nirvana Charles has "NO ONE" in this world, Just her daddy. Gordon Charles told officers that he is disabled and he took a percacet and was going to come outside soon as he could find someone to pick up his daughter Nirvana Empress Charles. Police were on the phone with Barbara the entire time. Not one time did Gordon try to lie or hide anything. Even after being transported to county jail, Michelle Morancy then decides to stay at 714 Jernigan, contradicting statements in report that Michelle was in fear & she could not leave. Then Michelle's Sister (Friend) according to Officer Richards is called to pick Michelle up but is rather also coerced to give a written statement of hearsay. This unknown Sister (Friend) writes that she was called because Michelle was in fear and Michelle told her she seen a Gun and couldn't leave. But This (unknown) person was never read miranda rights and signs statement saying that she does not want to prosecute or be a

(16)

witness. This (Friend) sister actually writes a statement and indicates she was not read her rights. Both women are seen on video laughing & joking while Michelle is supposed to be held hostige. The Captain once again tells Richards to stand down & stop making annoucements. Richards refuses to stand down. It was clear there was no exigent circumstances or emergency to justify illegal search but Officer Richards had a point to prove. There was no threat before or after Gordon Charles arrest for an error that was made by the clerk of courts, the civil traffic ticket was never given to Gordon Charles at traffic stop. Due to Covid19 officer who conducted traffic stop took picture of Gordons' I.D and allowed him to drive off. This ticket was actually sent to wrong address. Gordon did not commit a crime but is a victim of circumstances. Gordon never threatened anyone, Gordon never ran, Gordon never had possesion of weapon when police knocked on door or when he came out. Gordon actually had NO knowledge of the weapon. They only thing Gordon knew is if he went to jail without making sure Nirvana was safe, he would neglect his daughter and potentially be a bad parent. In Gordons' reality that would be against the law of life. Knowledge of weapon cannot be assumed, In actuallity Gordon was so



concerned with his one year old daughter that he temporarily had NO knowledge of any-thing. Gordon mentally snapped into Parent Mode. The only thing that was on his mind is what is Gordon going to do right now because if He goes to jail, who is going to get Nirvana. Imagine a one year old being left at a daycare. Better yet imagine a father abandoning his heart and soul for angry cops. IF you look at the Discovery of the case all 5 cops copied and pasted exactly what officer Richards put on his request for search warrant on the arrest report. The critical question is are cops just systematically riding around falsifying facts on arrest reports and copying, pasting legal documents instead of conducting real investigations. This is not a display of sound police procedure. Officers destroyed the home just like they said they would, then they stack the charges just like they said they would. But Michelle was never arrested. When one or more persons are in proximity of a weapon, all people should be charge. Gordon was not doing a crime when he advised officers that his attorney told him he was secure in his home & he did not have to come outside for a civil traffic ticket. Actually if you observe video he states "IF they don't come out now I'm taking somebody to jail." This statement is made even before he encounters any one at 714 Jernigan. Consequently, Gordon Charles was not evicted but asked to leave for breach of contract after Barbara (Alpha Realty) Landlord seen incedent

18

On internet. Also Gordon was fired after Boss seen story on internet. Gordon picture remains on internet. Arrest report remains on internet. Gordon is now Homeless & un-employed in county jail. The breach of contract was due to having non-residents in home. Lost of job was due to post on internet, world wide web. Nirvana has been out of school since arrest. All this for not obeying a direct order. Search and Seizure cannot be conducted under direct order. This is America not China. Gordon DNA or Fingerprint was not found on 40 cal handgun that was found immediately after police entered home. But police ransacked home in a milicious manner. I blame the city of Orlando. I notified Police on Nov. 14, 2020 & Dec 8, 2020 that there were weapons In the home. Gordon does not own a weapon & cannot be around a weapon. This is a fact made known to the same Department that charged me with Possesion of a Fire arm. Brittany Rainey who had a stay away order from Nirvana Charles became a habitual squatter. Police would not remove her or her friend Michelle. Brittany is very violent & has a past of Beating the crap out of Gordon. During Gordons' incarceration Michelle broke into home & took checks, jewelry, T.V, etc... Police still did'nt arrest her. Michelle would eventually return the T.V but the rest of the items were never recovered. When gordon come home & Brittany

(19)

was home he would have to get a hotel because Brittany had "NO CONTACT ORDER" against Nirvana. But police would not remove them. When Gordon was released Brittany came over and Beat the crap out of him once again and was arrested. Now Brittany has a "NO CONTACT ORDER" against Gordon. Not one time did cops help Gordon. Detective even told Gordon that it would be a possibility that he could be charged with Burblary if he removed there stuff & changed locks. The city maintains "an ongoing practice of not arrested Females because of bias and requiring the males to deal with what ever comes from these situations". Brittany had Beaten Gordon up several times & even told police Gordon did it. NO investigation, & sometimes even arrest. Brittany admitted in court that she would set gordon up when she felt like being petty. They still didn't arrest her. The judge just gave her a "NO HOSTILE ORDER". The release of Brittany from jail at 714 Jernigan only made her more angry. She once again Beat the crap out of Gordon on the same day she bonded out & was only detained for a hour, & then released. Gordon was advised to leave town. Orlando is known for illegal search and seizures with out court orders or exigent circumstances. The city is okay with corrupt cops. on Dec 8,2020, when Gordon tried to get Michelle out his house for beating him up & threatening to call her father over to blow his brains out. Officers advised Gordon to just go to work & leave her alone.

(20)

This is a constitutional tort. Brittany openly admitted to using cops to arrest me when she did'int want to go to jail "When cops come I Just say, he did it" Everytime I was arrested I had to sit in jail and face life but these women were NEVER arrested. When Brittany got preghant, I did'int even Know she was married until Nirvana was born. Judge explained to me that I (Gordon Charles) was not even a party. She said the concern was Brittany who cot No time wanted to keep or have Nirvana Charles. The city actually wanted to give a child (My empress) to a WOMAN that did'int want nothing to do with a child (my empress) I was'int even allowed in court room & I did nothing wrong. Prosecutors said "Most fathers don't fight for parental rights" This city is use to practices that are "so permanent & well settled as to constitute a custom usage. Michelle was able to call her best friend Brittany to the scene (Someone who has set me up several times & is not allowed on property) to give police access to home to get there guns. Michelle & Brittany were allowed once again to walk away from crime with out being arrested Just so they can beat the crap out of Gordon and break right back into home. The constitution says we are all equal. These are very beautiful women but they are not honest or law abiding citizens.



The arrest deprived (Gordon Charles) to ability to get a good job. Every time someone see this charge on the internet, They will not hire Gordon. It is not right to Gordon that cops have the luxury to be the Judge and Jury. Research & Records Review reveal this same weapon has been taken from Brittany several times. Why does the city of Orlando allow her to keep getting this weapon back. Also City violated Article 1 "the right to be secure against unreasonable search and seizures" Police coerced Michelle Morancy into making statements on body cam even while she is asking to leave, she is asking to be freed, while she is saying she doesn't want to make a statement, while she is promised not to be arrested, while she is saying "I'm on probation", while under extreme duress, while giving unreliable contridicting statements. The officer richards fabricates a warrant request by strategically writing the report in a way to mislead the Judge. By falsifying this legal document in hopes to miliciously stack charges to violate the constitution by causing excessive bond. This milicous intent to stack criminal charges is the type of practices that the City under section 1983 pursuant to practices that are "so permanent & well settled as to constitute a custom or usage" with the force of law. There was no crisis but Ofc. Richards was allowed to create a chain of illegality and ignore orders to stand down. Its the norm in Orlando.

(22)

Criminal Case 2021CF003165A0
Gordon Chewles



Gordon Charles 2015337
3723 Vision Blvd
P.O. Box 4970
Orlando, FL 32802

U.S.M.S.
INSPECTED BY

United States District Court
Office of the Clerk Room 8N09
400 North Miami Avenue
Mia, FL 33128-7716



Royal Palm PODC 330
SAT 01 JUL 2023